IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-39 |
| | ) | |
| MALEAK WILSON | ) | |

## ORDER

The defendant's motion for a reduction of sentence pursuant to the 18 U.S.C. §

3582(c)(2) is hereby DENIED.  This Court is bound by the Third Circuit's opinion in <u>United

States v. Mateo</u>, 560 F.3d 152 (3d Cir. 2009), which is directly on point and requires the Court

to deny the motion.  The defendant has preserved his argument for a reduction in sentence should

the Third Circuit overrule <u>Mateo</u>.

_Donetta W. Ambrose_

Donetta W. Ambrose
Senior United States District Judge